**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01104-CMA-STV

KIMBERLEE TESSEAN,

    Plaintiff,

v.

CSTV NETWORKS, INC. d/b/a CBS SPORTS NETWORK,

    Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

Plaintiff Kimberlee Tessean, by and through undersigned counsel, files this notice of voluntary dismissal with prejudice in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(l)(A)(i). Each party shall bear its own fees and costs.

Dated this 22nd day of June, 2018.

                                      */s/ Leah P. VanLandschoot*
                                      Leah P. VanLandschoot
                                      The Litigation Boutique LLC
                                      1720 S. Bellaire Street, Suite 520
                                      Denver, CO 80222
                                      Telephone: (303) 355-1942
                                      Fax: (303) 355-2199
                                      lvanlandschoot@thelitbot.com
                                      *Attorney for Plaintiff*